IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LORI EVANS**                                                                                          **PLAINTIFF**

vs.                                      No. 4:19-cv-801-JM

**REMINGTON ARMS COMPANY, LLC**                                            **DEFENDANT**

## MOTION TO WITHDRAW—STACY GIBSON

Attorney Stacy Gibson, an attorney of record herein, for her Motion for Withdrawal as counsel for Plaintiff, states as follows:

1. The undersigned has resigned as a full-time member of Sanford Law Firm, PLLC, effective July 19, 2023.

2. Josh Sanford and any other attorneys of Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for Plaintiff.

WHEREFORE, premises considered, Stacy Gibson respectfully requests that the Court order her withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY STACY GIBSON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Stacy Gibson
Ark. Bar No. 2014171
stacy@sanfordlawfirm.com