**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 5 2023

TAMMY H. DOWNS, CLERK
By:_____
PLAINTIFF    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LORI EVANS**                                                          **PLAINTIFF**

vs.                          No. 4:19-cv-801-JM

**REMINGTON ARMS COMPANY, LLC**                   **DEFENDANT**

## MOTION TO WITHDRAW—TESS BRADFORD

Attorney Tess Bradford, an attorney of record herein, for her Motion for Withdrawal as counsel for Plaintiff, states as follows:

1. The undersigned resigned as a full-time member of Sanford Law Firm, PLLC, in 2020.

2. Josh Sanford and any other attorneys of Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for Plaintiff.

WHEREFORE, premises considered, Tess Bradford respectfully requests that the Court order her withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY TESS BRADFORD**

Tess Bradford
Ark. Bar No. 2017156
1 State Police Plaza Drive
Little Rock, Arkansas 72209
Tess.bradford@asp.arkansas.gov